UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALONZO JAMICHAEL SEVERSON,<br><br>                    Plaintiff(s),<br><br>      v.<br><br>UNITED STATES FEDERAL<br>GOVERNMENT,<br><br>                    Defendant(s). | CASE NO. C26-0107-KKE<br><br>ORDER TO SHOW CAUSE |

This matter comes before the Court on its own motion.  Plaintiff Alonzo Jamichael Severson initially filed his complaint against the United States Federal Government on January 12, 2026.  Dkt. No. 1.  However, a completed summons form was never received by the Clerk, so no summons was issued.  *See id.*  It is Severson's responsibility to complete the summons form and submit it to the Court to be signed and sealed by the Clerk and then issued to Severson, who must then serve it—along with the complaint—on the Defendant.  *See* Local Rules W.D. Wash. LCR 4(a); Fed. R. Civ. P. 4.  Thus, despite his efforts (Dkt. No. 4), Severson did not properly effectuate service under Rule 4, which provides that "[a] summons must be served with a copy of the complaint."  Fed. R. Civ. P. 4(c).

Accordingly, Severson is ORDERED to either submit a completed summons form to the Clerk or otherwise show cause why this case should not be dismissed for failure to prosecute by

ORDER TO SHOW CAUSE - 1

**April 27, 2026**. Failure to respond by this deadline will result in the case being dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

The Clerk is DIRECTED to mail this order and a blank Summons in a Civil Action form to Plaintiff.

Dated this 13th day of April, 2026.

Kymberly K. Evanson
United States District Judge

ORDER TO SHOW CAUSE - 2