UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALONZO JAMICHAEL SEVERSON, <br><br>        Plaintiff(s), <br><br>   v. <br><br> UNITED STATES FEDERAL GOVERNMENT, <br><br>        Defendant(s). | CASE NO. C26-0107-KKE <br><br> ORDER DENYING MOTION FOR ENTRY OF DEFAULT |

This matter is before the Court on Plaintiff Alonzo Jamichael Severson's motions for entry of default and for default judgment. Dkt. Nos. 6, 7. Entry of default is appropriate "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend[.]" Fed. R. Civ. P. 55(a). The rules direct the Clerk to enter default upon such a motion, provided the motion is supported by an affidavit that "specifically show[s] that the defaulting party was served in a manner authorized by Fed. R. Civ. P. 4." W.D. Wash. Local Rules LCR 55(a).

Here, Severson asserts that he served Defendant United States Federal Government on February 10, 2026 with both the summons and his complaint. *Id.* However, as the Court has previously explained (*see* Dkt. No. 5), Severson's attempt to serve the Government did not comply with Rule 4 because Severson had not, at that time, submitted a completed summons form to the Clerk's office. *See* Dkt. No. 1 ("Summons(es) not received to issue"). As no summons had been issued in this case when Severson attempted to serve Defendant, it follows that Defendant could

ORDER DENYING MOTION FOR ENTRY OF DEFAULT - 1

not have been served with both summons and the complaint. *See* Fed. R. Civ. P. 4(c) ("A summons must be served with a copy of the complaint."). The summons was issued on April 21, 2026. As such, Severson's attempted service on February 10, 2026 was ineffective.

Because Severson has not yet perfected service under Rule 4, the Court DENIES his motions for entry of default and default judgment. Dkt. Nos. 6, 7. The Court's order to show cause remains in effect. Dkt. No. 5.

Dated this 23rd day of April, 2026.

Kymberly K. Evanson
United States District Judge

ORDER DENYING MOTION FOR ENTRY OF DEFAULT - 2